Appeal No.  2020AP2115-CR

Cir. Ct. No.  2015CF1118

STATE OF WISCONSIN

IN COURT OF APPEALS
DISTRICT III

---

STATE OF WISCONSIN,

PLAINTIFF-RESPONDENT,

V.

JEFFREY KYLE WALKER,

DEFENDANT-APPELLANT.

FILED

July 13, 2023

Samuel A. Christensen
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Timothy A. Hinkfuss
Circuit Court Judge
Electronic Notice

John VanderLeest
Clerk of Circuit Court
Brown County Courthouse
Electronic Notice

Sonya Bice
Electronic Notice

David L. Lasee
Electronic Notice

Jeffrey Kyle Walker 460158
Oshkosh Correctional Inst.
P.O. Box 3310
Oshkosh, WI 54903-3310

PLEASE TAKE NOTICE that corrections were made to paragraph 38 in the above-captioned opinion which was released on May 23, 2023. A corrected

electronic version in its entirety is available on the court's website at www.wicourts.gov.